IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WILLIAM R. JACKSON, JR., | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:17-CV-00243-CDL |
| WALTER TERRY STRICKLAND, | * | |
| Defendant, | * | |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on April 4, 2018. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

SO ORDERED, this May 29, 2018.

s/Clay D. Land
CLAY D. LAND, CHIEF
UNITED STATES DISTRICT JUDGE